# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TERRI K HOBBS | ) | Case No. 09-21496 ABC |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| TERRI K. HOBBS | ) | Adversary No.11-1571 ABC |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| NETREIT, INC., a Maryland Corp.; THE | ) | |
| LAW OFFICES OF THEODORE W. BRIN; | ) | |
| THEODORE W. BRIN, ESQ., individually; | ) | |
| W.BRADLEY BETTERTON-FIKE, individually | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on September 29, 2011. No response or reply was filed. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference (Docket #16) to the U.S. District Court for further action.

Dated: October 26, 2011                    BY THE COURT:

_____
United States Bankruptcy Court Judge