IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02805-RPM

TERRI K HOBBS

      Plaintiff,

v.

NETREIT, INC., a Maryland Corp.;
THE LAW OFFICES OF THEODORE W. BRIN;
THEODORE W. BRIN, ESQ., individually;
W.BRADLEYBETTERTON-FIKE,individually,

      Defendants.
_____

ORDER DETERMINING MOOTNESS
_____

The defendants in Adversary Case No. 11-1571-ABC in Bankruptcy Case No.

09-21496-ABC filed a motion for withdrawal of reference of the adversary proceeding.

That motion was referred to this Court on October 26, 2011, and was not ruled on

before the Bankruptcy Court entered an order granting defendants' motions to dismiss

on January 18, 2012.  On January 23, 2012, the defendants filed a notice of that order

granting defendants' motions to dismiss.  Given that order, it is now

ORDERED that the motion for withdrawal of reference is moot and therefore

denied.

DATED:   January 24th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge